UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No.06-80148 -CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs.-

GARY KAFKA

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Report and Recommendation **[DE 70]** issued by Magistrate Judge James M. Hopkins on February 8, 2007.

The Court has considered the Report and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that United States Magistrate Judge Hopkins' Report and Recommendation is hereby **RATIFIED, AFFIRMED** and **APPROVED**. Accordingly, the defendant's motion to suppress evidence **[DE 60]** is hereby **Denied.**

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this __19__ day of September, 2007.

                                                    _____
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE

Copies provided:
The Honorable James. M. Hopkins
Neil Karadbil, AUSA
Jack A. Fleischman, Esq.
Robert Adler, Esq.
Sidney Fleischman, Esq.